**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Paskey Incorporated** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2  0 – 8  3  9  8  7  4  3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **128 S. 8th St.**<br>Number    Street | Number    Street |
| | P.O. Box |
| **La Porte**        **TX**    **77571**<br>City               State    ZIP Code | City               State    ZIP Code |
| **Harris**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City               State    ZIP Code |

5. **Debtor's website (URL)**    **Paskeyinc.com**

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __Paskey Incorporated_____   Case number (if known) _____

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | **A. Check one:** |

      ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
      ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
      ☐ Railroad (as defined in 11 U.S.C. § 101(44))
      ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
      ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
      ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
      ☑ None of the above

**B. Check all that apply:**

      ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
      ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
      ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

    ____ ____ ____ ____

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | **Check one:** |

      ☐ Chapter 7
      ☐ Chapter 9
      ☑ Chapter 11.   *Check all that apply:*

            ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

            ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

            ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

            ☐ A plan is being filed with this petition.

            ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

            ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

            ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

      ☐ Chapter 12

Debtor **Paskey Incorporated** _____   Case number (if known) _____

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____   When _____   Case number _____
                                            MM / DD / YYYY

District _____   When _____   Case number _____
                                    MM / DD / YYYY

District _____   When _____   Case number _____
                                    MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____   Relationship _____

District _____   When _____
                                            MM / DD / YYYY

Case number, if known _____

Debtor _____   Relationship _____

District _____   When _____
                                            MM / DD / YYYY

Case number, if known _____

**11.** **Why is the case filed in this district?**

_Check all that apply:_

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Paskey Incorporated**　　　　　　　　　　　　　　　　Case number (if known) _____

| | |
|---|---|
| **12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**　　　*(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**　_____
　　　　　　　　　　　　　　Number　　　Street

　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　_____　_____　_____
　　　　　　　　　　　　　　City　　　　　　　　　　　　State　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

### Statistical and adminstrative information

| | |
|---|---|
| **13.** **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14.** **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>☑ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| **15.** **Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16.** **Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor **Paskey Incorporated**_____   Case number (if known) _____

| | |
|---|---|
| ■ | **Request for Relief, Declaration, and Signatures** |

WARNING – Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

X _____
   Signature of authorized representative of debtor

**Curtis W. Paskey**_____
Printed name

**President**_____
Title

**18.  Signature of attorney**

X _____   Date _____
   Signature of attorney for debtor                 MM / DD / YYYY

**Bennett G. Fisher**_____
Printed name

**Lewis Brisbois Bisgaard & Smith**_____
Firm name

**24 Greenway Plaza**_____
Number     Street

**Suite 1400**_____

**Houston**_____   **TX**_____   **77046**_____
City                           State     ZIP Code

**(346) 241-4095**_____   **bennett.fisher@lewisbrisbois.com**
Contact phone                      Email address

**07049125**_____   **TX**_____
Bar number                       State

Debtor  **Paskey Incorporated**                                      Case number (if known) _____

| | Request for Relief, Declaration, and Signatures |

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of authorized representative of debtor**

■  The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■  I have been authorized to file this petition on behalf of the debtor.

■  I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/26/2024
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Curtis W. Paskey**
Printed name

**President**
Title

18.  **Signature of attorney**

X _____     Date 07/26/2024
Signature of attorney for debtor                                  MM / DD / YYYY

**Bennett G. Fisher**
Printed name

**Lewis Brisbois Bisgaard & Smith**
Firm name

**24 Greenway Plaza**
Number        Street

**Suite 1400**

**Houston**                                              **TX**        **77046**
City                                                      State        ZIP Code

**(346) 241-4095**                                       **bennett.fisher@lewisbrisbois.com**
Contact phone                                            Email address

**07049125**                                             **TX**
Bar number                                               State